UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN J. HORNING,<br><br>　　　　　Plaintiff.<br><br>　　v.<br><br>GINA RAIMONDO,<br><br>　　　　　Defendant. | Case No. 23-cv-00421-DMR<br><br>**ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS**<br><br>Re: Dkt. No. 2 |

　　Plaintiff has filed an Application to Proceed *In Forma Pauperis*. Having considered the application and complaint, the Court hereby **GRANTS** Plaintiff's application. The Clerk of Court shall issue the summons. Furthermore, the U.S. Marshal for the Northern District of California shall serve, without prepayment of fees, a copy of the complaint, any amendments or attachments, Plaintiff's affidavit and this order upon Defendant.

　　While this case is pending, Plaintiff must promptly inform the Court of any change of address. Failure to do so may result in dismissal of this action.

　　**IT IS SO ORDERED.**

Dated: March 14, 2023

_____
DONNA M. RYU
United States Chief Magistrate Judge